# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARD STANFIELD,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN CALLAWAY, et al.,<br><br>Defendants.<br>_____/ | CASE NO. 1:07-cv-01786-OWW-WMW PC<br><br>FINDINGS AND RECOMMENDATIONS |

Plaintiff is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On January 30, 2009, the Court issued an order finding that Plaintiff's complaint states cognizable claims against certain Defendants, but does not state a cognizable claim against Defendant Chand.. The Court ordered Plaintiff to either file an amended complaint or notify the Court of his willingness to proceed only on the claims found to be cognizable. On February 17, 2009, Plaintiff notified the Court that he does not wish to amend and is willing to proceed on the claims found cognizable. Based on Plaintiff's notice, this Findings and Recommendations now issues. See Noll v. Carlson, 809 F. 2d 1446, 1448 (9th Cir. 1987) (prisoner must be given notice of deficiencies and opportunity to amend prior to dismissing for failure to state a claim).

Accordingly, it is HEREBY RECOMMENDED that Defendant Chand be dismissed.

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within **thirty (30)**

1

1 | **days** after being served with these Findings and Recommendations, plaintiff may file written
2 | objections with the Court.  The document should be captioned "Objections to Magistrate Judge's
3 | Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
4 | specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d
5 | 1153 (9th Cir. 1991).

IT IS SO ORDERED.

**Dated:   April 6, 2009**           /s/  **William M. Wunderlich**
                                     UNITED STATES MAGISTRATE JUDGE