IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES EDWARD STANFIELD, JR.,

    Plaintiff,

vs.

STEVEN CALLAWAY, et al.,

    Defendants.

1: 07 CV 01786 OWW WMW PC

ORDER RE: FINDINGS & RECOMMENDATIONS (#13)

    Plaintiff is a state prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On April 6, 2009, findings and recommendations were entered, recommending dismissal of Defendant Chand. Plaintiff was provided an opportunity to file objections within thirty days. Plaintiff has not filed objections to the findings and recommendations.

    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

    Accordingly, THE COURT HEREBY ORDERS that:

1

1. The Findings and Recommendations issued by the Magistrate Judge on April 6, 2009, are adopted in full; and

2. Defendand Chand is dismissed.

IT IS SO ORDERED.

**Dated:   May 12, 2009**                     **/s/ Oliver W. Wanger**
                                                UNITED STATES DISTRICT JUDGE