IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES EDWARD STANFIELD,

    Plaintiff,                  1: 07 CV 01786 OWW YNP SMS (PC)

    vs.                            FINDINGS AND RECOMMENDATIONS

STEVEN CALLAWAY, et al.,

    Defendants.

    Plaintiff is a former state prisoner proceeding pro se and in forma pauperis in a civil rights action against correctional officials employed by the California Department of Corrections and Rehabilitation. Pending before the Court is Defendants' motion to dismiss.

    On July 10, 2009, Defendants Callaway, Woofolk and Casimiro filed a motion to dismiss this action pursuant to Federal Rules of Civil Procedure 12(b) and 12(b)(6) on the grounds that Plaintiff failed to exhaust his administrative remedies prior to filing suit and failed to state a claim upon which relief could be granted. Plaintiff has failed to oppose the motion.

    Local Rule 78-230(m) provides that the failure to oppose a motion "may be deemed a waiver of any opposition to the granting of the motion..." The court will deem plaintiff's failure to oppose defendant's motion to dismiss a waiver, and recommend that the motion be granted on that basis.

    Failure to follow a district court's local rules is a proper grounds for dismissal. <u>U.S. v.</u>

1

1   Warren, 601 F.2d 471, 474 (9th Cir. 1979).  Thus, a court may dismiss an action for plaintiff's
2   failure to oppose a motion to dismiss, where the applicable local rule determines that failure to
3   oppose a motion will be deemed a waiver of opposition.  See Ghazali v.Moran, 46 F.3d 52 (9th
4   Cir. 1995), cert. denied 116 S.Ct. 119 (1995) (dismissal upheld even where plaintiff contends he
5   did not receive motion to dismiss, where plaintiff had adequate notice, pursuant to F.R.C.P. 5(b),
6   and time to file opposition); cf. Marshall v. Gates, No. 93-5022, slip op. 99, 105-06 (9th Cir. Jan.
7   4, 1995); Henry v. Gill Industries, Inc., 983 F.2d 943, 949-50 (9th Cir. 1993) (motion for
8   summary judgment cannot be granted simply as a sanction for a local rules violation, without an
9   appropriate exercise of discretion).

10         Accordingly, IT IS HEREBY RECOMMENDED that Defendants' motion to dismiss be
11  granted on the basis of Plaintiff's failure to oppose the motion.

12         These findings and recommendations are submitted to the United States District Judge
13  assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(1).  Within thirty days
14  after being served with these findings and recommendations, any party may file written
15  objections with the court and serve a copy on all parties.  Such a document should be captioned
16  "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections
17  shall be served and filed within ten days after service of the objections.   The parties are advised
18  that failure to file objections within the specified time waives all objections to the judge's
19  findings of fact.  See Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998).  Failure to file
20  objections within the specified time may waive the right to appeal the District Court's order.
21  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).
22  IT IS SO ORDERED.

23  **Dated:   August 14, 2009**              /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE