IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES EDWARD STANFIELD,

    Plaintiff,                    1: 07 CV 01786 OWW YNP SMS (PC)

  vs.                              ORDER RE MOTION (DOC 30)

STEVEN CALLAWAY, et al.,

    Defendants.

    Plaintiff is a Fresno County Jail inmate proceeding pro se in a civil rights action against correctional officials employed by the California Department of Corrections and Rehabilitation. Pending before the Court is Plaintiff's motion for an extension of time in which to file opposition to the motion to dismiss.

    On August 14, 2009, a recommendation was entered, recommending dismissal of this action for Plaintiff's failure to file opposition to the motion to dismiss. On September 2, 2009, Plaintiff filed a motion requesting an extension of time in which to file an opposition. Plaintiff indicated that he was unaware of his obligation to file an opposition to the motion.

    Accordingly, IT IS HEREBY ORDERED that:

    1. The August 14, 2009, recommendation of dismissal is vacated.

    2. Plaintiff is granted an extension of time of thirty days from the date of service of this

1

1  order in which to file opposition to the motion to dismiss.

3  IT IS SO ORDERED.

4  **Dated:   September 22, 2009**              /s/ Sandra M. Snyder
                                           UNITED STATES MAGISTRATE JUDGE